AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Western District of Texas

**FILED**
February 09, 2026
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: __Myrna Gallegos__
DEPUTY

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Gabriel Sabaiz-Elvira | ) | Case No. **EP-26-MJ-726-ATB** |
| | ) | |
| *Defendant(s)* | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __February 6, 2026__ in the county of __El Paso__ in the __Western__ District of __Texas__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8 U.S.C. § 1326(b)(1) | Illegal Re-Entry after Deportation/Removal- subsequent to a felony conviction |

This criminal complaint is based on these facts:
SEE ATTACHED AFFIDAVIT.

☑ Continued on the attached sheet.

*Complainant's signature*

Chase Kelley, Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 02/09/2026

*Judge's signature*

City and state: El Paso, Texas

Anne T. Berton, U.S. Magistrate Judge
*Printed name and title*

Complaint sworn to telephonically on February 09, 2026 at 01:13 PM and signed electronically. **FED.R.CRIM.P. 4.1(b)(2)(A)**

**AFFIDAVIT**

On February 6, 2026, Defendant Gabriel SABAIZ-Elvira, was encountered at the United States Citizenship and Immigration Services building located in El Paso, Texas, by Homeland Security Investigations (HSI) Special Agent (SA) Chase Kelley and SA Pablo Palacios. Records checks revealed the Defendant is a citizen of Mexico without immigration documents allowing him to be or remain in the United States. The Defendant was last removed to Mexico on or about February 6, 2015, through El Paso, Texas. There is no evidence that the Defendant received express consent from the Secretary of Homeland Security or the U.S. Attorney General to reapply for admission or parole into the United States.

On or about Monday, September 8, 2025, HSI El Paso received information via an anonymous tip that the Defendant has been living and working in the United States illegally. The encounter between HSI SA Chase Kelley, SA Pablo Palacios, and the Defendant took place on February 6, 2026, at the United States Citizenship and Immigration Services located in El Paso, Texas, which is in the Western District of Texas, after the Defendant was arrested.

The Defendant was read his rights, arrested, taken into custody, and transported to the HSI office in El Paso, Texas for processing. There, the Defendant was enrolled into law enforcement databases, using biographical information and biometrics-captured date, with positive matching results indicating the Defendant has immigration and criminal history.

The Defendant's immigration records revealed that on or about May 2, 2002, an immigration judge in El Paso, Texas ordered the Defendant removed to Mexico, removal was verified on or about May 3, 2002, through El Paso, Texas. The Defendant's removal order has been re-instated two (2) times, and the Defendant was last removed to Mexico on or about February 6, 2015, through El Paso, Texas.

There is no evidence that the Defendant has received the express consent from the Attorney General of the United States or the Secretary of Homeland Security to reapply for admission or parole into the United States.

The Defendant's criminal history is as follows:

On or about February 5, 2015, the Defendant was convicted in the United States District Court, District of New Mexico for the violation of 8 United States §1326(a) and (b) Reentry of a Removed Alien, Case Number: 2:15CR00303-001RB.